# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# C.A. NO. 3:25-CV-00562

KELLY DULIN,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Portfolio Recovery Associates, L.L.C. ("PRA"), hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

    1.    PRA is the named defendant in Civil Action No. 25CV032692-590 filed by Plaintiff Kelly Dulin ("Plaintiff") in the District Court Division – Small Claims of Mecklenburg County, North Carolina on June 27, 2025 (the "State Court Action").

    2.    PRA received the Summons and Complaint via certified mail on June 30, 2025.

    3.    The State Court Action includes claims under the federal Fair Debt Collection Practices Act 15 U.S.C. § 1692 *et seq*. (the "FDCPA"). This Court therefore has original jurisdiction based upon 28 U.S.C. § 1331 and 15 U.S.C. § 1692, *et seq*. Pursuant to 28 U.S.C. § 1441(a) and (b), the State Court Action is removable to this Court.

4. This Notice is being filed with this Court within thirty (30) days of receipt of the Complaint by PRA in compliance with 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon PRA in the State Court Action are attached hereto as **Exhibit A**.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1441 because this District and Division embrace the location of the state court in which the removed action is pending.

7. Upon filing this Notice of Removal, PRA will provide written notice of this filing to all parties and will promptly file this Notice of Removal with the clerk of the state court in which this action is pending.

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served prior to this removal are attached to this Notice.

9. PRA files this Notice of Removal without waiving, and specifically reserving, any and all defenses it may have to Plaintiff's Complaint, including but not limited to defenses under Rule 12 of the Federal Rules of Civil Procedure.

This the 30th day of July, 2025.

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, the foregoing Notice of Removal was served by placing a copy of the same in a depository under the exclusive care of the United States Postal Service in a first class, postage prepaid envelope and properly addressed as follows:

Kelly Dulin
509 Charles Street
Statesville, NC 28677
*Pro Se Plaintiff*

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124
cenloe@smithdebnamlaw.com
*Counsel for Defendant*